# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD | ) | |
| and The Supreme **GRAND** Bishop-Cofield | ) | |
| 4109 Cutty Sark Rd. | ) | |
| Middle River, MD 21220 | ) | |
| | ) | Civil No. |
| LAVERNE THOMPSON | ) | |
| 1236 Kendrick Rd. | ) | |
| Rosedale, MD 21237 | ) | |
| | ) | |
| **MAILING ADDRESS:** | ) | |
| DR. KEENAN COFIELD | ) | |
| 1236 KENDRICK RD. | ) | |
| ROSEDALE, MARYLAND 21237 | ) | |
| 443-554-3715, | ) | |
| | ) | |
|      Plaintiff(s)/Claimants, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| **RESIDENT AGENT:** | ) | |
| THE CORPORATION TRUST, INC. | ) | |
| PASSPORT MOTORS HOLDINGS, INC. | ) | |
| 2405 YORK RD. | ) | |
| SUITE 201 | ) | |
| LUTHERVILLE, MD 21093-2264 | ) | |
| | ) | |
| PASSPORT MOTORS HOLDINGS, INC. | ) | |
| 5000 AUTH WAY | ) | |
| MARLOW HEIGHTS, MD 20746 | ) | |
| | ) | |
| PASSPORT NISSAN OF MARLOW HEIGHTS | ) | |
| 5000 AUTH WAY | ) | |
| MARLOW HEIGHTS, MD 20746 | ) | |
| | ) | |
| PASSPORT MOTORCARS, INC. | ) | |
| 5000 AUTH WAY | ) | |
| MARLOW HEIGHTS, MD 20746, et. al. | ) | |
| | ) | |
| KOMI E. DOGBATSE, SALEPERSON | ) | |
| PASSPORT NISSAN OF MARLOW HEIGHTS | ) | |
| 5000 AUTH WAY | ) | |
| MARLOW HEIGHTS, MD 20746 | ) | |
| | ) | |
| MR. CHESTER, GENERAL MANAGER | ) | |
| PASSPORT MOTORS HOLDINGS, INC. | ) | |
| 5000 AUTH WAY | ) | |

MARLOW HEIGHTS, MD 20746                           )
                                                   )
JOHN & JANE DOE, STATE VEHICLE                     )
INSPECTIONS EMPLOYEES                              )
PASSPORT MOTORS HOLDINGS, INC. &                   )
PASSPORT NISSAN OF MARLOW HEIGHTS                  )
5000 AUTH WAY                                      )
MARLOW HEIGHTS, MD 20746                           )
                                                   )
ATHENS PROGRAM INSURANCE                           )
SERVICES                                           )
C/O SHANNON REGISTER, CLAIMS                       )
SPECIALIST                                         )
PO BOX 4111                                        )
CONCORD, CA 94524                                  )
                                                   )
ATHENS PROGRAM INSURANCE                           )
SERVICES                                           )
C/O ATHENS ADMINISTRATORS                          )
PO BOX 4111                                        )
CONCORD, CA 94524                                  )
                                                   )
ALLIED WORLD SPECIALTY INSURANCE                   )
COMPANY ATHENS ADMINISTRATORS                      )
9 FARM SPRING ROAD                                 )
FARMINGTON, CONNECTICUT 06032-2576                 )
                                                   )
MARYLAND INSURANCE                                 )
ADMINISTRATION C/O ALLIED WORLD                    )
SPECIALTY INSURANCE COMPANY                        )
200 ST. PAUL STREET, SUITE 2700                    )
BALTIMORE, MD 21202                                )
                                                   )
CSC-LAWYERS INCORPORATING SERVICE)
C/O TEXAS ROADHOUSE OF BALTIMORE                   )
COUNTY, MC LLC                                     )
7 ST. PAUL STREET                                  )
SUITE 820                                          )
BALTIMORE, MD 21202                                )
                                                   )
CSC-LAWYERS INCORPORATING SERVICE)
C/O TEXAS ROADHOUSE                                )
7 ST. PAUL STREET                                  )
SUITE 820                                          )
BALTIMORE, MD 21202                                )
                                                   )
CSC-LAWYERS INCORPORATING SERVICE)

2

C/O TEXAS ROADHOUSE                           )
6040 DUTCHMANS LANE                           )
LOUISVILLE, KY 40205                          )
                                              )
CSC-LA WYERS INCORPORATING                    )
SERVICE C/O TEXAS ROADHOUSE                   )
MANAGEMENT CORP.                              )
7 ST. PAUL STREET                             )
SUITE 820                                     )
BALTIMORE, MD 21202                           )
                                              )
CSC-LAWYERS INCORPORATING SERVICE)
C/O TEXAS ROADHOUSE HOLDINGS, LLC. )
7 ST. PAUL STREET                             )
SUITE 820                                     )
BALTIMORE, MD 21202                           )
                                              )
CSC-LAWYERS INCORPORATING SERVICE)
C/O TEXAS ROADHOUSE, INC.                     )
8207 TOWN CENTER DR.                          )
NOTTINGHAM, MD 21236                          )
                                              )
USPS                                          )
900 E. FAYETTE STREET, RM 118                 )
BALTIMORE, MD 21233                           )
                                              )
USPS-HEADQUARTERS                             )
470 L'ENFANT PLAZA SW SUITE 604               )
WASHINGTON, DC 20024                          )
                                              )
UNITED STATES POSTAL SERVICE                  )
DOMESTIC CLAIMS                               )
PO BOX 80143                                  )
ST. LOUIS, MO 63180-0143                      )
                                              )
USPS                                          )
5600 SPALDING DR.                             )
PEACHTREE CORNERS, GA 30092                   )
                                              )
**SERVE ON: ALL USPS DEFENDANTS**             )
UNITED STATES ATTORNEY'S OFFICE               )
U.S. ATTORNEY GENERAL                         )
36 S. CHARLES STREET                          )
BALTIMORE, MD 21201                           )
                                              )
ALL DEFENDANTS OR RESPONDENTS                 )
ARE BEING SUED AND/OR CLAIMS FILED  )

IN THEIR INDIVIDUAL AND OFFICIAL    )
CAPACITY-KNOWN AND                  )
UNKNOWN/NAMED OR UNNAMED,           )
                                    )
        Defendants.                 )
_____ )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1442(a)(1) and 1446, Defendants U.S. Postal Service, U.S. Attorney's Office, U.S. Social Security Administration, U.S. Attorney General, and U.S. Department of Treasury, Internal Revenue Service by and through counsel, Erek L. Barron, United States Attorney for the District of Maryland, and Kimberly S. Phillips, Assistant United States Attorney for said District, respectfully file this Notice of Removal, and in support thereof represents that:

1.      On or about July 11, 2022, Keenan Cofield and Laverne Thompson ("Plaintiffs") filed a Complaint in the Circuit Court for Baltimore City in Baltimore, Maryland against, among other defendants, the U.S. Defendants in the case of *Cofield, et al. v. Passport Motors Holdings, Inc., et al.*, Case No. 24C22003014.

2.      On or about July 25, 2022, Plaintiffs filed an Amended Complaint in the Circuit Court for Baltimore City.  No trial date has been set.  The Amended Complaint is attached as **Exhibit A**. Plaintiffs requested docketing as a negligence and product liability action.

2. The United States Attorney's Office accepted service of the Amended Complaint on July 29, 2022, but it is unclear whether the other named U.S. Defendants have been properly served with the underlying state court action.  S*ee* 39 C.F.R. § 2.2 (USPS General Counsel shall act as agent for the receipt of legal process against USPS); Fed. R. Civ. P. 4(i)(2) (service to officer of federal agency); and Fed. R. Civ. P. 4(i)(1) (suits against federal entities must also be served on the U.S. Attorney General or the United States Attorney for the district where venue lies).

3.   Nevertheless, this removal is being filed within thirty days of service of the Amended Complaint on the United States Attorney's Office.

4. Plaintiffs' Complaint fails to allege claims against the numerous federal agencies named as defendants.  To the extent Plaintiffs seek to bring unidentified claims against these named federal agencies, these claims are those over which the District Court has original jurisdiction because the action is brought against agencies of the United States.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. 1442(a)(1).

5.  U.S. Defendants intend to move the Court to dismiss the Complaint based on its sovereign immunity and the absence of liability to Plaintiffs.

WHEREFORE, this action now pending in the Circuit Court for Baltimore City, Maryland, Case No. 24C22003014 is properly removed.

> Respectfully submitted,
>
> Erek L. Barron
> United States Attorney
>
> By:     __/s/_____
> Kimberly S. Phillips, Bar No. 18602
> Assistant United States Attorney
> 36 S. Charles Street, 4th Floor
> Baltimore, Maryland 21201
> PH: 410-209-4900
> Kimberly.Phillips@usdoj.gov

This Notice of Removal has been signed pursuant to Fed. R. Civ. P. 11.

> ___/s/_____
> Kimberly S. Phillips
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2022 a copy of the foregoing Notice of Removal was sent via first class mail, postage-prepaid to:

KEENAN COFIELD
4109 Cutty Sarks Road
Baltimore, MD 21237,

LAVERNE THOMPSON
1235 Kendrick Road
Baltimore, MD 21237

*Plaintiffs*

Shakeyria M. Anderson
807 Dartmouth Road #C
Baltimore, MD 21212

PASSPORT MOTORS HOLDINGS, INC.
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093-2264

PASSPORT MOTORS HOLDINGS, INC.
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

PASSPORT NISSAN OF MARLOW HEIGHTS
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

PASSPORT MOTORCARS, INC.
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746, et. al.

KOMI E. DOGBATSE, SALEPERSON
PASSPORT NISSAN OF MARLOW HEIGHTS
5000 Auth Way
Marlow Heights, MD 20746

MR. CHESTER, GENERAL MANAGER
PASSPORT MOTORS HOLDINGS, INC.
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

JOHN & JANE DOE, STATE VEHICLE INSPECTIONS EMPLOYEES

PASSPORT MOTORS HOLDINGS, INC. & PASSPORT NISSAN OF MARLOW HEIGHTS
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

ATHENS PROGRAM INSURANCE SERVICES
C/O SHANNON REGISTER, CLAIMS SPECIALIST
PO BOX 4111
CONCORD, CA 94524

ATHENS PROGRAM INSURANCE SERVICES
C/O ATHENS ADMINISTRATORS
PO BOX 4111
CONCORD, CA 94524

ALLIED WORLD SPECIALTY INSURANCE COMPANY
ATHENS ADMINISTRATORS
9 FARM SPRING ROAD
FARMINGTON, CONNECTICUT 06032-2576

MARYLAND INSURANCE ADMINISTRATION
C/O ALLIED WORLD SPECIALTY INSURANCE COMPANY
200 ST. PAUL STREET, SUITE 2700
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE OF BALTIMORE COUNTY, MC LLC
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE
6040 DUTCHMANS LANE
LOUISVILLE, KY 40205

CSC-LA WYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE MANAGEMENT CORP.
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE HOLDINGS, LLC.
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

CSC-LAWYERS INCORPORATING SERVICE
C/O TEXAS ROADHOUSE, INC.
8207 TOWN CENTER DR.
NOTTINGHAM, MD 21236

*Defendants*

                                              _____/s/_____

                                              Kimberly S. Phillips
                                              Assistant United States Attorney