# LINE TO ISSUE SUMMONS

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MD

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
LAVERNE THOMPSON AND KAYLA NEDD,   et. al.
PLAINTIFF(S)/CLAIMANTS

Vs                                    **CASE NUMBER:  24-C-22-003014**

PASSPORT MOTORS, INC.  et. al.

DEFENDANTS

## TO: CLERK OF COURT
## PLEASE ISSUE SUMMONS FOR NEW
## DEFENDANTS

## LINE-PLAINTIFF(S) AMEND COMPLAINT TO ADD DEFENDANTS SOCIAL SECURITY ADMINISTRATION (SSA), INTERNAL REVENUE SERVICE (IRS)

COMES now the Plaintiff(s) Dr. Keenan Cofield, Kayla Nedd, and LaVerne Thompson in the

above styled matter seeking to AMEND the Original Complaint and Add several NEW

Defendants to this action, as they are related and/or associated with the current cause of

action and each NEW Defendant named below is a indispensible party Defendant(s) and is

necessary to be added and included herein, pursuant to MD RULES OF CIVIL PROCEDURE and

says the following:

**CONTINUED**

1). That the Clerk of this Honorable Court should issue a SUMMONS for **each** Defendant named

below, and each NEW Defendant **shall be** a party ONLY as to **COUNTS 13**  in this **AMENDED**

**COMPLAINT** case. That this NEW Count or **COUNT 13**, and is included in this action and further

incorporated in this action, as set forth herein.

## ADDED DEFENDANTS:

1). **SERVE ON: ALL LISTED U.S. GOVERNMENT AGENCIES**
**UNITED STATES ATTORNEYS OFFICE**
**U.S. ATTORNEY GENERAL**
36 S. CHARLES STREET
BALTIMORE, MD 21201

2). **SOCIAL SECURTY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

3). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

4). **SOCIAL SECURTY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE-SSA GENERAL COUNSEL**
1100 WEST HIGH RISE
6401 SECURITY BLVD.
BALTIMORE, MD 21201

5). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
1111 CONSTITUTION AVE. NW
WASHINGTON, DC 20224

**SEE AMENDED COMPLAINT ATTACHED**:

## VERIFICATION OF COMPLAINT

I, Dr. Keenan Cofield do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein.

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been filed, HAND-DELIVERED and served upon the Baltimore CITY Court in Baltimore, MD, and any and ALL other Defendants or Defendants Counsel with SUMMONS on or about this the 24th day of July, 2022, and/or placed in the United States mail postage prepaid, to all Defendants so served, and served. **This AMENDED COMPLAINT shall be SERVED upon the NEW Defendants, as well.**

Dr. Keenan Cofield, JD/PhD/Psy.D/DD
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email: Supremegrandbishop@gmail.com

*Kayla Nedd*

Kayla Nedd

*LaVerne Thompson*

LaVerne Thompson

Dr. Keenan Cofield

# AMENDED COMPLAINT

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **_GRAND_** Bishop-Cofield
4109 CUTTY SARK RD.
MIDDLE RIVER, MD 21220
EMAIL:psychdotor101@gmail.com
and Superemegrandbishop@gmail.com

LAVERNE THOMPSON-(84 year old Mother Victim)
1236 KENDRICK RD.
ROSEDALE, MD 21237

## **MAILING ADDRESS:**

DR. KEENAN COFIELD
1236 KENDRICK RD.
ROSEDALE, MARYLAND 21237
443-554-3715

PLAINTIFF(S)/CLAIMANTS

Vs                              **CASE AND CLAIM  NUMBER:24-C-22-003014**

**RESIDENT AGENT:**
THE CORPORATION TRUST, INC.
**PASSPORT MOTORS HOLDINGS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE, MD 21093-2264

**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**PASSPORT MOTORCARS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746, et. al.

**KOMI E. DOGBATSE, SALEPERSON**
**PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

MR. CHESTER, GENERAL MANAGER
**PASSPORT MOTORS HOLDINGS, INC.**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**JOHN & JANE DOE, STATE VEHICLE INSPECTIONS EMPLOYEES**
**PASSPORT MOTORS HOLDINGS, INC. & PASSPORT NISSAN OF MARLOW HEIGHTS**
5000 AUTH WAY
MARLOW HEIGHTS, MD 20746

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O SHANNON REGISTER, CLAIMS SPECIALIST**
PO BOX 4111
CONCORD, CA 94524

**ATHENS PROGRAM INSURANCE SERVICES**
**C/O ATHENS ADMINISTRATORS**
PO BOX 4111
CONCORD, CA 94524

**ALLIED WORLD SPECIALTY INSURANCE COMPANY**
**ATHENS ADMINISTRATORS**
9 FARM SPRING ROAD
FARMINGTON, CONNECTICUT 06032-2576

**MARYLAND INSURANCE ADMINISTRATION**
**C/O ALLIED WORLD SPECIALTY INSURANCE COMPANY**
200 ST. PAUL STREET, SUITE 2700
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE OF BALTIMORE COUNTY, MC LLC**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE**
6040 DUTCHMANS LANE
LOUISVILLE, KY 40205

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE MANAGEMENT CORP.**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE HOLDINGS, LLC.**
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

**CSC-LAWYERS INCORPORATING SERVICE**
**C/O TEXAS ROADHOUSE, INC.**
8207 TOWN CENTER DR.
NOTTINGHAM, MD 21236

**USPS**
900 E. FAYETTE STREET, RM 118
BALTIMORE, MD 21233

**USPS-HEADQUARTERS**
470 L'ENFANT PLAZA SW SUITE 604
WASHINGTON, DC 20024

**UNITED STATES POSTAL SERVICE**
**DOMESTIC CLAIMS**
PO BOX 80143
ST. LOUIS, MO 63180-0143

**USPS**
5600 SPALDING DR.
PEACHTREE CORNERS, GA 30092

**SERVE ON**: **ALL USPS DEFENDANTS**
**UNITED STATES ATTORNEYS OFFICE**
**U.S. ATTORNEY GENERAL**
36 S. CHARLES STREET
BALTIMORE, MD 21201

## ADDED DEFENDANTS:

1). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

2). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, LLC**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

3). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, INC. & PASSPORT MOTORS HOLDINGS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

4). **RESIDENT AGENT:**
**THE CORPORATION TRUST, INC.**
**C/O ALLY FINANCIAL, LLC & PASSPORT MOTORCARS, INC.**
2405 YORK RD.
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

5). **ALLY FINANCIAL, INC. & ALLY FINANCIAL, LLC**
500 WOODWARD AVENUE
DETROIT, MI 48226

**NEWLY ADDED DEFENDANTS:**

1). **SERVE ON: ALL LISTED U.S. GOVERNMENT AGENCIES**
**UNITED STATES ATTORNEYS OFFICE**
**U.S. ATTORNEY GENERAL**
36 S. CHARLES STREET
BALTIMORE, MD 21201

2). **SOCIAL SECURTY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

3). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
36 S. CHARLES ST.
BALTIMORE, MD 21201

4). **SOCIAL SECURTY ADMINISTRATION-SSA**
**C/O US ATTORNEYS OFFICE-SSA GENERAL COUNSEL**
1100 WEST HIGH RISE
6401 SECURITY BLVD.
BALTIMORE, MD 21201

5). **INTERNAL REVENUE SERVICE (IRS)**
**C/O US ATTORNEYS OFFICE**
1111 CONSTITUTION AVE. NW
WASHINGTON, DC 20224


ALL DEFENDANTS OR RESPONDENTS ARE BEING SUED AND/OR CLAIMS FILED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY-**KNOWN AND UNKNOWN/NAMED OR UNNAMED**

2).                    **PROCEDURAL AND FACTUAL BACKGROUND**
On or about the 31st day of March, 2021 thru 14th day of May, 2021 to date, the Claimant

purchased a 2011 Mercedes Benz USED R-Class vehicle with **VIN#4JGCB5HEXCA146274.**

3). The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable

manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG

rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection.

4). The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection. The Plaintiff(s) do hereby adopt and incorporate **COUNTS 1 thru 6**, in further support of **COUNT 12**, and says:

The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Amended and/or ADDED Defendants Ally Financial, knew and/or should have known that the vehicle before financing the same was fit to be operated in good to fair condition. These Defendants financed a vehicle that almost killed the Plaintiff(s) Cofield and Thompson that caused permanent injury to Dr. Cofield, but caused a hardship as defined and described in the ORIGINAL/VERIFIED complaint as to the personal expenses paid to repair the vehicle several times and the permanent injuries in financing a vehicle that had a fraudulent state vehicle inspection, which would have discovered that the vehicle had the rotors changed, and someone placed by FORCE, the wrong rotors, which caused the brakes to totally fail causing serious bodily injuries for life. **The Plaintiff Dr. Keenan Cofield for the past 11 to 15 years off and on has been the victim of massive Identity Fraud and Theft, when many unknown and unnamed individuals has gained access and used in an illegal and unauthorized**

manner the Name, DOB, Social Security Number, addresses, and MD Drivers License of Plaintiff Dr. Keenan Kester Cofield to file for SSA and IRS tax benefits, numerous tax refunds request have been made in recent years, to include, individuals filing for State Unemployment benefits from Maryland to Oregon. The IRS and Social Security has failed and neglected to protect my information, even with a fraud alert, individuals are able to make IRS tax refunds requests successfully, causing a hardship upon the Plaintiff Cofield who is unable to make any personal tax claims or anyone else I authorize to make a yearly tax claim, because the scammers and fraudsters have already made a claim and received money or benefits in my name under may Social Security Number, and DOB, etc. ,any times over the years. The Plaintiff Cofield has filed Complaints several times with Baltimore County, MD Police, MD State Police, IRS and SSA to NO avail. The Plaintiff Dr. Keenan Cofield, Name but more specifically my social security number, and drivers license have all been compromised to further obtain and change credit cards, bank accounts, all and more the fraudsters have been and continue to be able to use my name, identity, social security and drivers license number like it's FREE. This Plaintiff has suffered economic hardship MENTAL pain and suffering as an end result of no action by these Government agencies to change the Social Security Number and drivers license and other online data in the Plaintiff(s) name. The SSA Defendants have received multiple ALERTS that they believe the Plaintiff Cofield was filing and that someone else has and continues to file fraudulent unemployment claims, to tax refunds, open bank accounts and the list goes on and on. The ƆNLY way to make any adjustment is to CHANGE the Social Security Number of Plaintiff Cofield and his MD Drivers License, and his current social security number be shut down and purged from the system.

**Exhibit A**, page two is a letter from SSA, this is the second such letter or notice I have received from this agency that my name and information has ALERTED SSA that I allegedly filed for UNEMPLOYMENT. Never have I ever filed for any unemployment benefits. **Exhibit B**, is a 2021, letter from the IRS about an alleged but fraudulent tax refund, which again, I never made NO such claim. Someone fraudulently filed taxes under my Social Security Number this year causing me unable to be claimed myself. **Exhibit-C**, is an ***IRS Identity Theft Affidavit*** faxed (2) times to the IRS with attachments. As of this date, never received a call and/or letter. **Exhibit D**, is a letter and/or documentation from the IRS, whereas someone filed taxes back 2013 in my name. Exhibit E, is copies of various letters from the State of Oregon about unemployment. Plaintiff Cofield has never travelled to or worked in that state. The Plaintiff now finds it necessary as his credit has been affected as well as other issues from the fraudsters using my identity, name, DOB, address, social security name and MD license all have been completely compromised beyond repair.

## STATEMENT OF THE CASE, FACTS AND CLAIMS
### COMPLAINT AND COUNT ONE-NEGLIGENCE

5).     **COME NOW** the Plaintiff(s) Dr. Keenan Cofield, the Supreme GRAND Bishop, and his mother (LaVerne Thompson) and for the cause of action state as follows:

### CAUSES OF ACTION

6). Beginning on or about the 24th day of September, 2021, the Defendants, Respondents, and/or employees, managers, staff, workers, and other officials of Passport Nissan, Passport MotorCars, Inc. and others thereof, individually, separately and/or jointly, did knowingly, willingly, purposely, negligently, commit some acts or conduct with negligence, malice, deliberate indifference, did commit and/or caused or

allowed thereto, to sell a vehicle described above with faulty and/or defective rotors and brakes that failed causing permanent injuries and bodily damages to Claimant Dr. Cofield for life, and did so **without** any or proper inspection of the brakes, rotors on the rear of the vehicle as required by State law, selling a motor vehicle falsifying and/or forging with the intent to deceive the vehicle owner injured the MD Vehicle Inspection Forms committing a fraud that the rotors, brakes and other mechanical products were in excellent condition and the vehicle had passed inspection, knowing that not to be or should have known it to be false.

9). At all times herein mentioned Plaintiff(s) and/or Claimant Dr. Keenan Cofield vehicle was operated in a reasonable and prudent manner, with due caution and regard for the motor vehicle laws of the State of Maryland. **Defendants/Respondents Passport Nissan had a duty to Plaintiffs/Claimant Cofield and Thompson to act reasonably**. **Respondents Passport Nissan breached that duty**.

10). Plaintiff(s) suffered injuries because of the WRONG rear rotors of vehicle.

11). At all relevant times, Plaintiff(s) exercised due care for Plaintiff Cofield and his mother (LaVerne Thompson) safety.

12). As a direct and proximate cause of the negligence of Defendants/Respondents Passport Nissan and its agents, employees action, Plaintiffs suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses.

and

12a). All of the above damages were directly and proximately caused by the aforementioned negligence of Defendants/Respondents Passport Nissan, and were

incurred **without** contributory negligence, or assumption of the risk on the part of Plaintiff/Claimant Cofield, or an opportunity for Plaintiff/Claimant Cofield to avoid the accident.

13). On **September 24, 2021 @ 3:00 on Pulaski Hwy. (SECOND MVA)-**Vehicle history-The Injured party Dr. Keenan Cofield, purchased a 2012 Mercedes-Benz/R-Class. The vehicle was allegedly State inspected. The vehicle was purchased from PASSPORT NISSAN, Suitland, MD. 301-423-8400. For several weeks after purchase of the vehicle, there was rear noises with the brakes. After many weeks and phone calls to the dealership, I was able to get the vehicle inspected and determined the rear brakes needed **Both rear brake rattle clips**. The repairs occurred on 05/28/21. **Not known at the time, the rear brake rattle clips needed to be changed because of the wrong rotors on the rear of the alleged inspected and faulty sold vehicle.**

14). The noise returned, but not as bad on both sides. On September 24, 2021, at around 3:00 pm on Pulaski Hwy. My 82 year old mother (LaVerne Thompson) was in the vehicle. The brakes failed totally, so immediately as a trained first responder, I located a soft landing spot to stop and slow down the vehicle. I took the vehicle to a high curb causing the greater impact to be on the left or driver side, used my forearm to brace myself against the steering wheel and hit the curb causing my head, neck and other body parts to make a whip lash or neck popping movement, rocking or snapping back and forth quickly. There was NO immediate discomfort **until** hours later when I could not move. I applied various medications to the affected areas and took pain and other meds until I could be seen. My FIRST medical exam for the second MVA was 09/27/2021.

## TOTAL BRAKE FAILURE-WITH INJURIES

15). On 09/29/2021, the vehicle was taken to MONRO BRAKE CENTER on 7870 Eastern Ave. Baltimore. Before any repair work was done pictures were taken at various angles while the brakes what was left were still intact. MONRO

determined and placed in their Invoice and notes that the vehicle brakes failed on both sides and the rear right caliper piston failed and the right side rear brake pad was totally missing which can be seen in photos taken. I was in possession of those original brakes as evidence. The total costs for those total REAR brakes, new rotors repair was **$1,068.70**, and **$799.94** for the FRONT brakes and new rotors.

16). Because of wear and tear on front brakes and rotors due to rear problems the front brakes and rotors had to be fully replaced.

17). On 11/06/2021, Mr. Chester General Manager of Passport Nissan denied my claim just relating to the reimbursement of my expenses.

18). The MVA caused me to miss two Federal bankruptcies and civil case deadlines because I **was not** able to prepare responses as Ordered by those Judges, to date. Millions of dollars were at stake. Additionally, I have lost tens of thousands to several hundred thousand in contracts dollars and various works directly from the September 24, 2021 MVA accident. Some of my injuries are permanent with the pains and I may *never* be the same. Including not being able to drive or the fear of driving haunts me, always wondering of the brakes will fall again. Often my daughter and/or brother drive me to most places.

19). As indicated previously I am totally unable to work or function at all at **any** level. Preparing this took me almost a week or more finding the strength was not easy, and the assistance of my Clerk. **A Claim and accident report was made to GEICO my insurance carrier.**

# CURRENT AND ON-GOING LISTINGS OF PRIMARY, TREATING, EXAMINING AND MEDICAL SPECIALISTS WITH NUMBER OF VISITS OF PATIENT DR. KEENAN COFIELD ASSOCIATED WITH OR SUSTAINED FROM MVA PERMANENT INJURIES AND IMPAIRMENTS

20). Dr. Cofield has (22)-visits to ***Physical Therapy***- **Cofield is being treated for injuries to his Neck, back, lower back, TMJ, both right and left Shoulders and both hands.**

**NOTE: All treating and examining physicians recommended and have expanded PT six (6) times for various other parts of the body due to pain and need for further PT treatments.**

Dr. Cohen terminated and/or temporarily discontinued (PT) due to pain and further injury to Dr. Cofield **until** surgery is performed on both right and left rotator cuffs.

21). (25)--***Psych and Pain Management*** visits—**Dr. Cofield has been diagnosed with PTSD, depression, anxiety, adjustment disorder, pain, Insomnia.** Dr. Cofield was prescribed Escitalopram 10MG Tablets for anxiety, depression, on or about **11/10/2021**, by Dr. C. Nwachukwu, at Aspire. Medstar Family Health Center upgraded patient Dr. Cofield psych referral is now being seen by Velma Viloria-Gragoa, MD (Psychiatrist) at MedStar Behavioral Health Center beginning **01/14/2022**. (1)-Visit... Dr. Viloria-Grageda, concurred with the diagnoses of Aspire psych officials. Dr. Viloria prescribed Trazodone 50mg ***every*** night for depression and sleep for Dr. Cofield.

22). ***Neurology*** (8)-visits—**Dr. Deidre J. Ammah, MedStar Neurologist** ruled and diagnosed Dr. Cofield with radiculopathy/cervical region, neuropathy, abnormal NCS & EMG, Cofield has severe to permanent damage to tendons, nerves and muscles upper body, herniated and bulging discs . In ability to HOLD items in either hand can be difficult at any time, caused from MVA. Numbness, tingling and swelling of both hands occurred after the accident and no previous issues prior thereto. **Surgery is required for the C-3, C-4, C-5, C-6, and C-7 discs.**

**Dr. Ammah, MD referred Dr. Cofield to Dr. Zeena Dorai, a neck and spine specialist for further evaluation, on 12/13/2021, for 01/27/2021 exam.**

23). **PATIENT SLEEPS IN CHAIR BECAUSE OF VARIOUS PAINS & INJURIES**

Patient Dr. Cofield is unable to sleep in his bed any longer due to his injuries from MVA pains suffered and sustained.

24). *Orthopedic* (8)-visits—**Dr. Alaee, MD, a MedStar orthopedic specialist,** diagnosed Dr. Cofield with Complete rotator cuff tear of left shoulder. Dr. Alaee, injected Dr. Cofield with a corticosteroid injection in left shoulder. Since this report, Dr. Cofield was ordered a MRI in the Right shoulder due to severe pain recently and it appears there is tendon tear and damage to the right side.

**Dr. Alaee,** determined that the first MVA on or about 07/20/2021 caused damage to the Left rotator cuff. It is possible the first MVA accident caused rotator cuff damage and injuries to Cofield on both Right and Left sides of shoulders and arms. A MRI determined the Right shoulder findings indicated rotator cuff injury, right shoulder.

25). *Orthopedic Surgeon*- (4) visit-Dr. Cohen
Was examined by Dr. Cohen Orthopedic Surgeon on 12/22/21, who confirmed the rotor cuff tear on the Right side Shoulder, as well as the left. Dr. Cohen administered a cortisone shot or injection into my right shoulder for pain.

26). *ENT/TMJ injury*- (4) visit—**On 11/30/21, Dr. Alan H. Shikani, ENT specialist examined Dr. Cofield due to swelling and often lockjaw on left side. Dr. Shikani, fully examined Cofield and immediately determined Dr. Cofield had a permanent TMJ injury stemming from the Second MVA on September 24, 2021. The Family Health Center referred Dr. Cofield to the ENT Center for further evaluation for TMJ. Follow-up on 12/30/21.**

**NOTE: It was highly recommended that Dr. Cofield injuries are very serious and is a life changer as to his diet and many foods he can NO longer consume or eat.** Dr. Cofield can NO longer eat apples and many meats to foods which require chewing, is ***prohibited*** and will cause further permanent damage to the jaw.

27). *FAMILY HEALTH CENTER-AFTER* HOURS REPORTS-(13) calls or visits

28). **FRANKLIN SQUARE HOSPITAL (ER) (4) visits**

29). **Family Health Center**—visits--(19)-Received shot in Right arm due to severe pains, and unable to move arm, etc. on 12/08/2021. On 12/29/21, Dr. Pristell issued a indefinite NO work letter, for Dr. Cofield.

**SPECIAL DISABILITY OUT OF WORK REPORT--However on 12/22/2021, Dr. Kelsey Chmielewski, DO because of the MVA injuries and permanent damage to impairments, "the patient has limited use of upper extremities which interferes with functionality at work and he unable to return."**

30). **MedStar URGENT Care**—(8) visits

31). *Family Health Center*-OMT Clinic/Specialty Treatment-(5) visits---Dr. David Pierre, and Stephen C. Kane, diagnosed Dr. Cofield with the following:

Spasm of thoracic back muscle
Cervical somatic dysfunction
Somatic dysfunction of thoracic region
Somatic dysfunction of upper extremity region
Somatic dysfunction of lumbar region-All associated with MVA accident.

32). *Choice Pain & Rehab Center*-(1) visit-Dr. Cofield was seen and examined at Choice Pain & Rehab Center for a Second Opinion and further specialized treatment on 12/28/21. Because of back, neck and bulging & herniated discs Dr. Cofield will be seen for a *epidural injection* on 1/26/22. It has been recommended Dr. Cofield will require multiple surgeries to his discs beginning this year.

33). **MEDICAL DEVICE LISTINGS DUE TO MVA INJURIES AND PERMANENT DAMAGE**

**NOTE: Dr. Cofield has been prescribed the following medical devices for support due to his many injuries, impairments, and damages sustained as a result of a MVA, by Defendant/Respondents:**

1). Cervical Collar/Neck Brace-Wear at night

2). Back Brace

3). Both Hand Braces

4). Mouth Guard-at night-NEW-ENT Dr.

5). Left Arm Sling

## **DAMAGES**

# **LISTINGS OF MEDICAL DIAGNOSES DUE TO MVA BODILY INJURIES AND PERMANENT DAMAGE TO IMPAIRMENTS RELATING TO MVA ON SEPTEMBER 24, 2021-BRAKE FAILURE-VEHICLE SOLD AND OPERATED WITH WRONG ROTORS ON REAR**

34). Adjustment disorder with mixed anxiety and depressed mood-MVA

Adjustment disorder with disturbance of emotion-MVA

Anxiety disorder-MVA

Back spasm-MVA

Bulging & Herniated disc, cervical region, C-3-C-4, C-4-C-5, C-5-c-6, C-6-C-7-MVA

Carpal tunnel syndrome

Cervical disc disease-MVA

Cervical radiculopathy-MVA

Cervical stenosis of spine-MVA

Cervical somatic dysfunction-MVA

Complete rotator cuff tear of left shoulder

Depression-MVA

Epidural Injection for pain back/spine

Impingement syndrome, shoulder, Right-MVA

Impingement syndrome, shoulder, Left-MVA

Insomnia-MVA

Lumbar herniated disc

Lumbar radiculopathy

Motor Vehicle accident

Neck pain

Numbness and tingling of both right and left hands-MVA

Parenthesis of hands, bilateral

Permanent injury, damage or impairments to nerves, tendons, and muscles-MVA

PTSD-MVA
Rotator cuff tear of right shoulder-MVA
Shoulder pain, Right-MVA
Shoulder pain, Left-MVA
Sensorimotor neuropathy-MVA
Somatic dysfunction of thoracic region-MVA
Somatic dysfunction of upper extremity region-MVA
Somatic dysfunction of lumbar region-MVA
Shoulder pain, left-MVA
Spondylosis of cervical spine-MVA
Temporomandibular joint (TMJ) pain
Upper back pain-MVA

35). The Defendants or Respondents at Passport Nissan owed a duty of care to the claimant/vehicle owner, to be able to operate a used vehicle that is safe to operate in a reasonable and prudent manner.

36). The Crash and brake failures was directly and proximately caused by the negligence of Passport Nissan, their employees, staff, and others who's failure to inspect the vehicle the wrong rotors which caused the brakes to fail before selling of the vehicle the subject of this Claim.

37). Plaintiff(s) personal injuries were directly and proximately caused by Passport Nissan agents and employees negligence. Plaintiffs/Claimant suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, serve emotional distress, as Plaintiff or Claimant Dr. Keenan Cofield is not able to go back to work and is precluded from engaging in normal activities and pursuits, including a loss of ability to earn any and actual earnings from his brand NEW non-profit organization, to other business interests, etc..

38). Defendants and/or Respondents of Passport Nissan is liable for Plaintiff(s) injuries and damages sustained, pain and suffering, and all other elements of damages allowed under the laws of the State of Maryland.

39). Defendants or Respondents of Passport Nissan and their agents thereof, conduct and actions evidence of bad faith, and negligence were and are stubbornly litigious, and have caused Plaintiff(s) undue expense.

## COUNT 2

## COMPLAINT FOR FAILURE TO PROPERLY TRAIN AND SUPERVISOR

40). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-39, in further support of **COUNT 2**, and says the following:

41). The Plaintiffs state that the Defendants **each** failed to train and/or properly train and Supervisor Defendants Respondents of Passport agents, employees of their policy and State laws which states and/or mandates that every time any vehicle before it is sold and released, **must** be inspected, according to state law. If the Respondents of Passport had conducted a legally proper and accurate inspection of the rotors and brakes that would have discovered the vehicle was sold with the wrong rotors that caused total brake failure with serious and permanent injuries to Claimant Cofield for life.

## COUNT 3

## COMPLAINT FOR NEGLIGENT ENTRUSTMENT

42). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-41, in further support of **COUNT 3**, and says the following:

43). The injuries, harm, and damages were incurred by the Plaintiffs/Claimants as a result of the sale of a vehicle that had not been properly or legally inspected that had

the wrong rear rotors on it which caused the rear brakes to totally fail and fronts brakes and rotors had to be replaced because of wear and tear from the back brakes.

44). The Defendants/Respondents knew, or should have known that Plaintiff/Claimant Dr. Cofield would likely to operate a motor vehicle they sold to Claimant that would or could operate in a faulty, negligent and reckless manner causing possibly serious or permanent injuries which is the case at bar.

45). As a direct result of Defendants/Respondents negligently entrusting the un or improperly inspected vehicle selling the defective vehicle to Plaintiff/Claimant Cofield, based upon falsified and/or false MD Motor Vehicle Inspection records such negligence caused serious and permanent bodily injuries to Claimant Dr. Cofield, who did suffer the injuries, damages, and harm as previously described in paragraphs 1-44 of this Claim.

### COUNT 4, 5 AND 6

### COMPLAINT FOR STRICT PRODUCT LIABILITY
### COMPLAINT FOR DEFECTIVE AUTO, BREACH OF WARRANTY, MOTOR VEHICLE WARRANTY, BREACH OF CONTRACT

46). The Plaintiff(s) do hereby adopt, reassert and incorporate paragraphs 1-45, in further support of **COUNT 4**, and says the following:

47). At all ties mentioned in this Claim or Complaint, the motor vehicle described herein and later sold to Plaintiffs/Claimant with defective rear rotors and brakes as to the wrong rotors were placed on the vehicle when the last owner and/or Respondents needed to repair the vehicle, causing the vehicle, rear brakes and rotors to be in a dangerous and defective condition that made the vehicle unsafe for their intended use and sale.

48). As a direct and proximate result of the wrong rotors on the rear of the above described vehicle with defective rotors causing a total break failure, Plaintiff/Claimant suffered serious injuries, damages, as outlined above herein which caused or resulted in loss of wages, pain and suffering, permanent disability, medical expenses and mountains of losses in the millions of dollars. Plaintiff/Claimants was damaged by said defects. Plaintiff/Claimant was damaged by said breach of the implied warranties and is entitled to recover therefor. The Respondents of Passport Nissan failed to repair the defects and/or properly inspect the vehicle before it was sold as is as the express warranties and contracts were breached causing the defects to cause serious to permanent injuries to Plaintiff/Claimant, therefor causing the warranties to fail to perform and protect the Claimant Cofield, or fulfill the intended purpose, and the Plaintiff/Claimant Dr. Cofield has consequently been damaged, and Plaintiff pr Claimant is entitled to recover.

49). The Defendants/Respondents failed to and had several opportunities to cure or fix the defects. The Defendants/Respondents of Passport Nissan failed to make the vehicle for the purpose for which it was sold and intended, was sold as is with the wrong rear rotors that caused serious and permanent injuries to Dr. Cofield for life.

**Claimant has the original photos of the vehicle before, during and after the brakes were removed in a safe secured location. Claimant also has photographs of the entire location of the brake failure and mountains of medical reports, MRI's and other reports are continuing in nature. Plaintiff/Claimant also has photographs that show when the brake likes came on and brake fluid levels at time of brake failure and accident.**

50).

# COUNT 7, 8, 9, and 10
## JOINT STATEMENT OF THE CASE AND FACTS
## COMPLAINT FOR STRICT PRODUCT LIABILITY/COMPLAINT FOR
## NEGLIGENCE/BREACH OF WARRANTY/BEACH OF CONTRACT &
## NEGLIGENCE PER SE

51).  The Plaintiff(s) do hereby adopt, reassert and incorporated paragraphs 1-56, in further

support of **COUNTS 7, 8, 9, AND 10**.

## The Salmonella Bacteria/Food Poisoning

52). Salmonella and/or Food Poisoning is the second most common intestinal infection in the

United States. More than 7,000 cases of *Salmonella* were confirmed in 2009; however, most

cases go unreported. The Centers for Disease Control and Prevention estimates that over 1

million people in the U.S. contract Salmonella each year, and that an average of 20,000

hospitalizations and almost 400 deaths occur from Salmonella poisoning, according to a 2011

report.

53). Salmonella infection usually occurs when a person eats food contaminated with feces of

animals or humans carrying the bacteria. Salmonella or food poisoning outbreaks are

commonly associated with eggs, meat, and poultry, but these bacteria can also contaminate

7other foods such as fruits and vegetables. In this case, it was fairly uncooked contaminated

beef that had been exposed, for many days or hours before it was cooked or prepared.

54). Symptoms of Salmonella infection, Salmonellosis, or food poisoning, range widely and

sometimes absent altogether. The most common symptoms include diarrhea, abdominal

cramps, and fever. The Plaintiff Nedd had all those including back pains, nausea, vomiting,

headaches, body aches, which began around 2 to 4 hours after attempting to each the

contaminated foods or steak, on the evening on or about the 2nd day of April, 2022. Typical

Symptoms of food poisoning or Salmonella appear 6 to 72 hours after eating contaminated

food and last for 3 to 7 days.

55). Plaintiff Kayla Nedd, contacted me Dr. Keenan Cofield about what she had ate, the pain

and discomfort, the headache and other symptoms intensified and increased. Kayla was first

taken to Franklin Square Hospital in (Baltimore) on April 3, 2022, for treatment for

complications from Salmonella, gastroenteritis. Various tests were conducted, Zofran 4mg oral

tablet was ordered. **I took Kayla to the ER.**

56). The Plaintiff missed 4 plus day worth or work at over $100 a day.

57). Plaintiff Nedd continued to have complications and sickness, which now required a

SECOND visit to URGENT care on April 5, 2022, for further evaluations as all noted pains,

suffering was persistent and Kaylas pain was unbearable. The doctors at URGENT CARE

concluded Kayla suffered and had contracted food poisoning. Plaintiff Ned stayed in my care for

almost a week because she was unable to care for herself.

## STRICT LIABILITY

58). The food product at issue in this suit was designed, manufactured, constructed, marketed,

prepared and cooked and/or distributed by and through the Texas Roadhouse Defendants and

other agents on their behalf.

59). The food product in question remained unchanged from the time it was originally

manufactured, distributed, and sold by the Defendants until it reached Kayla Nedd. The product

and conditions were defective and in an unreasonably dangerous condition when it left, but

was not properly stored, prepared and cook when it was in the hands of the Defendants named

herein Texas Roadhouse and always remained defective and further unreasonably dangerous thereafter after the Plaintiff took photos of where this steak was exposed until it ultimately caused the Plaintiff damages.

60). At the time the steak food product left control of the Defendants Texas Roadhouse, it was defective and unreasonably dangerous in that it **was not** adequately manufactured, prepared, *cooked to* minimize the risk of injury or death.

61). The above unreasonably dangerous defects, among others, in the product in question were the proximate and producing cause of the Plaintiff Nedd damages.

## NEGLIGENCE/NEGLIGENCE PER SE

62). Defendants owed a duty to the Plaintiff to take reasonable care to prevent the manufacture, distribution, and sale of food products contaminated with Salmonella, E. Coli, or other foodborne pathogens. The Texas Roadhouse Defendants owed a duty to the Plaintiff to maintain their premises, equipment, and facilities, and supervise their foods and employees, in a reasonable manner to prevent the contamination of the food products they store, cook, prepare for sale and distribution. Defendants owed a duty to the Plaintiff to comply with all applicable laws and regulations relating to the manufacture, distribution, and sale of food, requiring that such food be FREE of pathogens, and unadulterated.

63). Defendants breached these duties. The breach of these duties was the proximate cause of the Plaintiff's Nedd injuries. Plaintiff Nedd was among the class of persons, namely consumers, intended to be protected by laws related to the manufacture, distribution, and sale of food that was free from pathogens and unadulterated.

# COUNT 11
## NEGLIGENCE AND FRAUD
### ALL U.S.P. S. AND UNITED STATES GOVERNMENT DEFENDANTS

64). On or about the 24th day of July, 2021, I purchased a Apple IPhone from T-Mobile, for the total price of $1,099.99. The package was mailed by 2-Day Priority with **TRACKING NUMBER:9505511796611205751006.** The package was intended for Cheneye Frank. It was later determined the phone had been stolen by an unknown person appeared and **was not** questioned, and the package was given to a thief. A local police report, and report was filed with the USP Inspector Offices. The Plaintiff Dr. Cofield filed a timely claim. It was denied. These Defendants were negligent in their actions in allowing some unknown person take possession of the package and the intended person never received the phone. The Plaintiff replaced the phone at his own expense, but was afraid to resend the phone a second time because of fear it would not make it again to the intended person.

**WHEREFORE**, the Plaintiff seeks judgment for losses, damages, theft which is a crime and for pain and suffering and inconvenience in the amount of $12,000 dollars in Compensatory Damages and $75,000 in Punitive Damages against the U.S. Defendants, or **BEST OFFER.**

# COUNT 12

65). The Plaintiff Cofield used the product or vehicle described above in a reasonably foreseeable manner; and the brakes totally failed as a result of the vehicle having replaced with the WRONG rotors on the rear of the Claimants vehicle, that carried a failed or faulty inspection. The Plaintiff(s) do hereby adopt and incorporate **COUNTS 1 thru 6**, in further support of **COUNT 12**, and says:

The Plaintiff/Claimant Dr. Cofield suffered serious to permanent injuries as described below and his Mother LaVerne Thompson suffered minor pain and suffering, injuries or harm as a result of the defect or failure to inspect the vehicle and all inspection items as required by law before the vehicle was sold. The Amended and/or ADDED Defendants Ally Financial, knew and/or should have known that the vehicle before financing the same was fit to be operated in good to fair condition. These Defendants financed a vehicle that almost killed the Plaintiff(s) Cofield and Thompson that caused permanent injury to Dr. Cofield, but caused a hardship as defined and described in the ORIGINAL/VERIFIED complaint as to the personal expenses paid to repair the vehicle several times and the permanent injuries in financing a vehicle that had a fraudulent state vehicle inspection, which would have discovered that the vehicle had the rotors changed, and someone placed by FORCE, the wrong rotors, which caused the brakes to totally fail causing serious bodily injuries for life.

# COUNT 13
# COMPLAINT FOR FRAUD, IDENTITY FRAUD, ID THEFT, VIOLATION OF PRIVACY ACT, ETC.
# AGAINST SSA AND IRS, JOINTLY

66). **The Plaintiff Dr. Keenan Cofield for the past 11 to 15 years off and on has been the victim of massive Identity Fraud and Theft, when many unknown and unnamed individuals has gained access and used in an illegal and unauthorized manner the Name, DOB, Social Security Number, addresses, and MD Drivers License of Plaintiff Dr. Keenan Kester Cofield to file for SSA and IRS tax benefits, numerous tax refunds request have been made in recent years, to include, individuals filing for State Unemployment benefits from Maryland to Oregon. The IRS**

and Social Security has failed and neglected to protect my information, even with a fraud

alert, individuals are able to make IRS tax refunds requests successfully, causing a hardship

upon the Plaintiff Cofield who is unable to make any personal tax claims or anyone else I

authorize to make a yearly tax claim, because the scammers and fraudsters have already

made a claim and received money or benefits in my name under may Social Security Number,

and DOB, etc. ,any times over the years. The Plaintiff Cofield has filed Complaints several

times with Baltimore County, MD Police, MD State Police, IRS and SSA to NO avail. The

Plaintiff Dr. Keenan Cofield, Name but more specifically my social security number, and

drivers license have all been compromised to further obtain and change credit cards, bank

accounts, all and more the fraudsters have been and continue to be able to use my name,

identity, social security and drivers license number like it's FREE. This Plaintiff has suffered

economic hardship MENTAL pain and suffering as an end result of no action by these

Government agencies to change the Social Security Number and drivers license and other

online data in the Plaintiff(s) name. The SSA Defendants have received multiple ALERTS that

they believe the Plaintiff Cofield was filing and that someone else has and continues to file

fraudulent unemployment claims, to tax refunds, open bank accounts and the list goes on

and on. The   ONLY way to make any adjustment is to CHANGE the Social Security Number of

Plaintiff Cofield and his MD Drivers License, and his current social security number be shut

down and purged from the system.

Exhibit A, page two is a letter from SSA, this is the second such letter or notice I have received

from this agency that my name and information has ALERTED SSA that I allegedly filed for

UNEMPLOYMENT. Never have I ever filed for any unemployment benefits. Exhibit B, is a

2021, letter from the IRS about an alleged but fraudulent tax refund, which again, I never made NO such claim. Someone fraudulently filed taxes under my Social Security Number this year causing me unable to be claimed myself. <u>Exhibit-C</u>, is an ***IRS Identity Theft Affidavit*** faxed (2) times to the IRS with attachments. As of this date, never received a call and/or letter. <u>Exhibit D</u>, is a letter and/or documentation from the IRS, whereas someone filed taxes back 2013 in my name. <u>Exhibit E</u>, is copies of various letters from the State of Oregon about unemployment. Plaintiff Cofield has never travelled to or worked in that state. The Plaintiff now finds it necessary as his credit has been affected as well as other issues from the fraudsters using my identity, name, DOB, address, social security name and MD license all have been completely compromised beyond repair.

**WHEREFORE**, the Plaintiff Dr. Keenan Cofield seeks Judgment and Damages in the amount of <u>$5,000,000 in Compensatory Damages and $2,500,000 dollars in Punitive Damages</u> against each named Defendant herein, as to <u>**COUNT 13**</u>. That the Court Order IRS and SSA to delete and purge from its records the Plaintiff Dr. Keenan Kester Cofield name associated with Social Security Number            , <u>permanently,</u> that the Social Security is FOREVER BLOCKED from any further uses and is no longer recognized by SSA, IRS or any other state to federal agency, is that social security number and other relevant information has been compromised, effective immediately. That the IRS and SSA shall fully RESTORE to the Plaintiff Dr. Keenan Kester Cofield, any and all benefits lost as a result of being a victim of ID fraud and the illegal and unauthorized use of his name, DOB, but more specifically his Social Security Number and MD drivers license. That the Court shall enter an immediate TRO and/or Injunction, and/or any Declaratory Judgment to Orders to effective ensure this relief is carried out s set forth above and the

Plaintiff Cofield is fully protected going forward. Order, that these Defendants did fail to protect the privacy rights and government information associated with Plaintiff Dr. Keenan Cofield, and further violated the Plaintiff Cofield rights, from due process of law to equal protection of the law. **Plaintiff Dr. Keenan Cofield is willing to discuss and settle this matter with the United States government. Plaintiff seeks any and all other Relief this Honorable Court deem to grant and/or award to the Plaintiff Cofield as to Count 13 and others of the U.S. Defendants.**

## DAMAGES

As a result of their injuries, the Plaintiff **Nedd** seek monetary damages to compensate them for the following elements of damages:

a). The Plaintiff Nedd seeks Compensatory Damages in the amount of $150,000 dollars against the Texas Roadhouse Defendants and $250,000 dollars in Punitive Damages.

b). The Plaintiff Nedd seeks lost wages in the amount of $500.00.

c). Plaintiff Nedd seeks Pain and Suffer damages in the amount of $175,000 dollars against these same Defendants.

d). Reasonable and necessary medical care and expenses in the past, and/or that will incur in the future;

e). Physical pain and suffering in the past and/or in the future;

f). Mental anguish in the past and future in the amount of $75,000 dollars;

**Plaintiff(s) are willing to discuss any reasonable and fair settlements offers.**

**DEMAND TRIAL BY JURY ON THIS COUNT AS WELL INVOLVING THESE DEFENDANTS.**

# RELIEF REQUESTED

A). The Plaintiffs demand and seek judgment in their favor for **$3,500,000 million Dollars** in **Compensatory Damages against each** Defendant(s) and **$10,000,000 million Dollars** in **Punitive Damages against each** Defendants named herein for **COUNTS 1-6, and 12**, separately and independently. The negligence by these Defendants caused a financial hardship upon the Plaintiff Dr. Keenan Cofield, leaving him with permanent injuries and over $100,000 in medical bills and **have not** even had the required multiple surgeries needed, which could run into the millions of dollars. Request that these Defendants of Ally Financial pay the victims vehicle off in FULL and correct any and all credit reports as PAID IN FULL in GOOD STATIS, OR BEST OFFER. This is in addition to the RELIEF requested against this Defendants. The Plaintiff has the original brakes and rotors taken off the vehicle, as well as the original photos at each stage of the repairs conducted.

## AMENDED RELIEF

B). Plaintiff(s)/Claimant Dr. Keenan Cofield and mother LaVerne Thompson demands against Passport Motors, and any and all other Passport Defendants to and is entitled to recover for and/or **BESTOFFER in the amounts set forth below**:

LaVerne Thompson **only** seeks damages for pain and suffering of **$25,000 dollars** for being 82 years old in the front passenger seat when the brakes failed.

Pain and Suffering-**MD Maximum-$905,000 dollars**
Personal injuries-**$15,000,000 dollars**
Past, present, and future pain and suffering-**$2,500,000 dollars**
Disability-**$20,000,000 dollars**
Emotional distress-**$5,000,000 dollars**
Disfigurement-**$15,000,000 dollars**
Mental Anguish-**$2,500,000 dollars**
Loss of capacity for the enjoyment of life-**$15,000,000 dollars**
Economic losses-**$2,000,000 dollars**
Incidental expenses-**$350,000 dollars**
Past, present, and future medical expenses-**$2,500,000 dollars**
Lost earnings-**$10,000,000 dollars**
Loss of earning capacity-**$10,000,000 dollars**
Permanent injuries-**$15,000,000 dollars**
Consequential damages-**$1,000,000 dollars**
Loss of Court Bankruptcy Orders and Court Judgments-Appeals, etc.-**$5,000,000 dollars**
**Repair Bills for brakes and rotors-$1870.00.**

C). **AMENDED ADDITIONAL RELIEF-Plaintiffs/Claimants demand that the Respondents of Passport Nissan fully pay off Claimants vehicle that is left on the loan pending. Approximately $15,000 dollars.**

D). **Medical bills are between $75,000 and $100,000 dollars plus and continuing for life.**

E). **DEMAND FOR TRIAL BY JURY ON ALL COUNTS**

F). The Plaintiff(s) and his mother losses were, are and will be due to the carelessness and negligence of Defendants/Respondents **Passport Nissan** employees, salespersons, and agents staff, **without** any negligence or want of due care on the Plaintiff(s) part contributing to harm done. Plaintiff Dr. Cofield is now a forced **disabled** psych doctor, personal injury & Domestic Urban Terrorism expert, International News Director and State Lobbyist.

Dated this the 25th day of July, 2022

## VERIFICATION OF COMPLAINT

I, Dr. Keenan Cofield, Kayla Nedd and LaVerne Thompson,  do hereby certify that the above and foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information and belief, under the penalty of perjury and that I am over the age of (21) years and I am competent to testify to the alleged facts herein. **THIS CLAIM IS SUBJECT TO BE AMENDED AND/OR SUPPLEMENTED AS MEDICAL TREATMENTS, AND OTHER SERVICES CONTINUE.**

**The Plaintiffs/Claimants assert and feel confident that this matter can be resolved to the satisfaction of all parties quietly without the need for any long drawn out litigation. But if necessary the Claimant is ready to file a lawsuit and issue Press Releases if forced to do so.**

**The Defendants/Respondents make a fair and reasonable offer, this matter is over.**

_____

Dr. Keenan Cofield, JD/PH.D/Psy.D/DD
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email: Supremegrandbishop@gmail.com

*Kayla Nedd*

_____

Kayla Nedd

*LaVerne Thompson*

_____

LaVerne Thompsom

_____

Dr. Keenan Cofield

# EXHIBIT A

# Social Security Administration
# Supplemental Security Income

SOCIAL SECURITY
SUITE 312
5235 KING AVENUE
BALTIMORE, MD 21237-4356
Date: July 12, 2022
BNC#: 22S3912D11681

KEENAN K COFIELD
1236 KENDRICK RD
ROSEDALE, MD 21237-2920

Office Hours:
MON:     9:00AM to 4:00PM
TUE:     9:00AM to 4:00PM
WED:     9:00AM to 4:00PM
THU:     9:00AM to 4:00PM
FRI:     9:00AM to 4:00PM

Dear KEENAN K COFIELD

This is a very important letter about keeping your Supplemental Security Income (SSI). Please read it carefully. If there is anything you do not understand, please get in touch with us right away.

**You Have An Appointment**

We must regularly review the cases of people who get SSI. We need information from you to make sure you are still eligible.

We want to talk to you on July 25, 2022 at 09:30 AM. On that date:

- We will call you at (443) 554-3715. Let us know if this number is wrong.

**If you can't keep your appointment, please call us. We will make another appointment for you.**

**What We Need for the Appointment**

When you talk with us, please try to have <u>all</u> of the items shown below from May 1, 2020 to the present. Even if you don't have all of the information, we need to hear from you. We will help you get anything you do not have.

We must see the original document(s) or a certified copy of these item(s). We cannot accept photocopies. We will return these items to you.

See Next Page

22S3912D11681                                                      Page  2 of  2

We received information from computer matching with Unemployment.  Since this information may affect your SSI eligibility or payment amount, we would like to discuss it with you.  Under the computer-matching law, we cannot use this information to change your SSI until we give you 30 days to disagree with it.  Computer matching compares our records with those of other agencies.  It helps determine if you are eligible for SSI and how much we can pay you.  When you come in, please bring the information requested below.

**If We Do Not Hear From You**

We may stop your SSI if you don't respond to this request or contact us within 30 days to tell us why.  If we stop your SSI, you could also lose any Medicaid you have now.

Before we stop your SSI, we will send you another letter to explain our decision.  The letter will also explain your right to appeal the decision and how to continue getting SSI during the appeal.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

If you have any questions or need help, please call us at (866) 348-5818 ext. 20340 and ask for Mrs. Ward.

District Manager

Unit:  BRW

# EXHIBIT B

Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 6579 AUSC
AUSTIN TX 73301-0059

In reply refer to: 1485011111
July 14, 2021 LTR 5071C BO
*              202012 30
                          00083652
                    BODC: WI

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER  MD  21220

012498

Taxpayer identification number: *
                        Tax year: 2020
              Control number:
              Letter number: 5071C

Dear TAXPAYER

We received an income tax return, Form 1040, for the tax year
above using your name and Social Security number (SSN) or individual
taxpayer identification number (ITIN). To protect you from possible
identity theft, we need to verify your identity before we process the
income tax return, issue a refund or credit any overpayments to your
account.

                WHAT YOU NEED TO DO IMMEDIATELY

Go to our identity verification service website at
www.idverify.irs.gov. If you did not file an income tax return, you
can indicate that on the website. It's quick, secure, and available
24 hours a day.

The website has the most up-to-date instructions to assist in
navigating through the identity verification process. Please read the
website page thoroughly, and have the following available:

- This letter; and

- The income tax return for the year shown above (Form 1040, 1040A,
  1040-EZ, 1040-PR, 1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form
  1099 is not a tax return.

                IF YOU WANT TO CALL US

If you prefer to talk with a representative, call us at 800-830-5084
between 7:00 a.m. and 7:00 p.m. local time within 30
days from the date of this letter. Note that calling us will not
expedite the refund process. If you filed an income tax return, have
the information listed below.

When you call, you MUST have all the following available if you filed
an income tax return:

- This letter.

```
                                                          14850111.
                                July 14, 2021   LTR 5071C  BO
                                *              202012 30
                                                  00083653
```

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER  MD  21220

- The income tax return for the year shown above (Form 1040, 1040A,
  1040-EZ, 1040-PR, 1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form
  1099 is not a tax return.

- A prior year's income tax return other than the year shown above.
  Note: A Form W-2 or Form 1099 is not an income tax return.

- Supporting documents for each year's income tax return (e.g., Form
  W-2, Form 1099, Schedule C, Schedule F, etc.) that you filed with
  your Income tax return.

              IF YOU DO NOT VERIFY IMMEDIATELY

Until we hear from you, we won't be able to process your income tax
return, issue a refund, or credit any overpayments to your account.

If we can't verify your identity online or over the phone, we will ask
you to schedule an appointment and bring the documents listed above to
your local IRS office to verify in person.

If you choose to authorize someone to represent you before the IRS,
complete Form 2848, Power of Attorney and Declaration of
Representative. We encourage you to be available with your authorized
representative on the call. If you choose to have someone else assist
you on the call, you must call us together and you must participate on
the call. For more information about Form 2848, visit our website at
www.irs.gov/forms-pubs or call 800-829-1040.

After you've successfully authenticated your identity, it may take up
to 9 weeks for you to receive your refund or a credit of any
overpayment to your account. However, if there are other issues, you
may receive a notice asking for more information, and this may delay
your refund.

       WHERE YOU CAN GO FOR ADDITIONAL INFORMATION

Usted puede solicitar una copia de esta carta en español, llamando al
número de teléfono indicado abajo.

Para obtener más información sobre esta carta, visite
www.irs.gov/ltr5071sp.

Visit www.irs.gov/ltr5071c for information about this letter.

Visit www.irs.gov/id for information about identity theft.

```
                                                   1485011111
                              July 14, 2021  LTR 5071C  B0
                              *                202012 30
                                                   00083654
```

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER  MD  21220



012498

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that helps taxpayers and protects taxpayers' rights.
TAS can offer you help if your tax problem is causing a financial
difficulty, you've tried but been unable to resolve your issue with
the IRS, or you believe an IRS system, process, or procedure isn't
working as it should. If you qualify for TAS assistance, which is
always free, TAS will do everything possible to help you. To learn
more, visit www.taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help
you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons
before the IRS or in court. LITCs can also help persons who speak
English as a second language. Any services provided by an LITC must be
for free or a small fee. To find an LITC near you:

  - Go to www.taxpayeradvocate.irs.gov/litcmap;
  - Download IRS Publication 4134, Low Income Taxpayer Clinic List,
    available at www.irs.gov/forms-pubs; or
  - Call the IRS toll-free at 800-829-3676 and ask for a copy of
    Publication 4134.

State bar associations, state or local societies of accountants or
enrolled agents, or other nonprofit tax professional organizations may
also be able to provide referrals.

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                  Sincerely yours,



                              INTEGRITY & VERIFICATION
                                     OPERATIONS
                              Integrity & Verification Operations
                              Program Manager, I&VO

Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 6579 AUSC
AUSTIN TX 73301-0059

012498.137391.14416.7249 1 AB 0.428 693

KEENAN K COFIELD
4109 CUTTY SARK RD
MIDDLE RIVER   MD   21220

012498

EXHIBIT C

| Form **14039**<br>(March 2022) | Department of the Treasury - Internal Revenue Service<br>**Identity Theft Affidavit** | OMB Number<br>1545-2139 |
|---|---|---|

This affidavit is for **victims** of identity theft. To avoid delays do not use this form if you have already filed a Form 14039 for this incident. The IRS process for assisting victims selecting **Section B, Box 1** below is explained at irs.gov/victimassistance.

**Get an IP PIN:** We encourage everyone to opt-in to the Identity Protection Personal Identification Number (**IP PIN**) program. If you don't have an IP PIN, you can get one by going to irs.gov/ippin. If unable to do so online, you may schedule an appointment at your closest Taxpayer Assistance Center by calling (844-545-5640). Or, if eligible, you may use IRS Form 15227 to apply for an IP PIN by mail or FAX, also available by going to irs.gov/ippin.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** (required for all filers)

☒ 1. I am submitting this Form 14039 for myself

☒ 2. I am submitting this Form 14039 in response to an IRS Notice or Letter received
   - Provide 'Notice' or 'Letter' number(s) on the **line to the right**
   - Check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my dependent child or dependent relative
   - Complete **Sections A-F** of this form. Do not use this form If dependent's identity was misused by a parent or guardian in filing taxes, this is not identity theft.

☐ 4. I am submitting this Form 14039 on behalf of another person living or deceased (other than my dependent child or dependent relative)
   - Complete **Sections A- F** of this form.

**Section B – How I Am Impacted** (required when reporting misuse of Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN))

Check all boxes that apply to the person listed in **Section C** below. If the person in Section C has previously submitted a Form 14039 for the same incident, there's no need to submit another Form 14039.

☒ 1. I know that someone used my information to fraudulently file a tax return

    ☐ I/My dependent was fraudulently/incorrectly claimed as a dependent

    ☒ My SSN or ITIN was fraudulently used for employment purposes

☐ 2. I don't know if someone used my information to fraudulently file taxes, but I'm a victim of identity theft

Provide an explanation of the identity theft issue, how it impacts your tax account, when you became aware of it and provide relevant dates. If needed, attach additional information and/or pages to this form

MY MOTHER WAS TRYING TO CLAIM ME AND WE FOUND OUT AGAIN SOMEONE USED MY NAME AND SOCIAL SECURITY NUMBER TO FILE FOR TAXES. I DO NOT FILE FOR TAXES PERSONALLY BUT SOMEONE HAS BEEN USING ILLEGALLY MY SSN

**Section C – Name and Contact Information of Identity Theft Victim** (required)

| Victim's last name<br>COFIELD | First name<br>KEENAN | Middle initial<br>K | **Taxpayer Identification Number** (provide 9-digit SSN or ITIN) |
|---|---|---|---|

| **Current mailing address** (apartment or suite number and street, or P.O. Box) If deceased, provide last known address<br>1236 KENDRICK RD. | Current city<br>ROSEDALE | State<br>MD ▼ | ZIP code<br>21237 - |
|---|---|---|---|

| **Address used on last filed tax return** (if different than 'Current') | City (on last tax return filed) | State | ZIP code<br>- |
|---|---|---|---|

| Telephone number with area code<br>Home phone number  443-554-3715 | Cell phone number | Best time(s) to call<br>ANYTIME |
|---|---|---|

| Language in which you would like to be contacted   ☒ English   ☐ Spanish   ☐ Other |
|---|

**Section D – Tax Account Information: Last tax return filed (year shown on the tax return) and Returns Impacted** (Do not complete Section D if you selected Box 2 In Section B above)

☒ I had no filing requirement or filed a non-filer return

| Names used on last filed tax return | The last tax return filed (year shown on the tax return) |
|---|---|

What Tax Year(s) you believe were impacted by tax-related identity theft (example: 2020 is input for citing the 2020 tax return though filed the next year(s). (if not known, enter 'Unknown' below)

| 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|

**Section E – Penalty of Perjury Statement and Signature** (required)

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian<br>*[signature] Keenan (Cofield)* | Date signed<br>04/13/2022 |
|---|---|

Submit this completed form to either the mailing address <u>or</u> the FAX number provided on the reverse side of this form.

Catalog Number 52525A | www.irs.gov | Form **14039** (Rev. 3-2022)

Internal Revenue Service
Disclosure Office
MS 7000 DEN
1999 Broadway
Denver, CO 80202-2490

Official Business
Penalty for Private Use, $300

Keenan Cofield 405938
ECI
30420 Revells Neck Rd.
Westover, MD 21890

Section B – Representative Information (required if completing Form 14039 on someone else's behalf)

Check only ONE of the following five boxes next to the reason you are submitting this form

☐ 1. **The taxpayer is deceased, and I am the surviving spouse**
  • No attachments are required, including death certificate.

☐ 2. **The taxpayer is deceased, and I am the court-appointed or certified personal representative**
  • Attach a copy of the court certificate showing your appointment.

☐ 3. **The taxpayer is deceased, and a court-appointed or certified personal representative has not been appointed**
  • Attach copy of death certificate or formal notification from a government office informing next of kin of the decedent's death.
  • Indicate your relationship to decedent: ☐ Child  ☐ Parent/Legal Guardian  ☐ Other _____

☐ 4. **The taxpayer is unable to complete this form and I am the appointed conservator, or I have been authorized to act on behalf of the taxpayer per Form 2848, Power of Attorney and Declaration of Representative**
  • Attach a <u>copy</u> of documentation showing your appointment as conservator or Power of Attorney authorization.
  • If you have an IRS issued **Centralized Authorization File (CAF) number, enter the nine-digit number**:
  [ ][ ][ ][ ][ ][ ][ ][ ][ ]

☐ 5. **The person is my dependent child or my dependent relative**
  By checking this box and signing below you are indicating that you are an authorized representative, as parent, guardian or legal guardian, to file a legal document on the dependent's behalf.
  • Indicate your relationship to person  ☐ Parent/Legal Guardian  ☐ Power of Attorney
    ☐ Fiduciary per IRS Form 56, Notice of Fiduciary Relationship  ☐ Other _____

Representative's name

| Last name | First name | Middle initial |
|---|---|---|
| | | |

Representative's current mailing address *(city, town or post office, state, and ZIP code)*



Representative's telephone number


---

**Instructions for Submitting this Form**

Submit this completed and signed form to the IRS via Mail or FAX to specialized IRS processing areas dedicated to assist you.
In Section C of this form, be sure to include the Social Security Number in the 'Taxpayer Identification Number' field.

**Help us avoid delays:**
  • Do not use this form if you have already filed a Form 14039 for this incident.
  • Choose one method of submitting this form either by Mail or by FAX, not both.
  • Provide clear and readable photocopies of any additional information you may choose to provide.
  • Submit the original tax return to the IRS location where you normally file your tax return. Do not use the following address or fax number to file an original tax return.

| Submitting by Mail | Submitting by FAX |
|---|---|
| • If you checked Box 2 in Section A in response to a notice or letter received from the IRS, return this form and if possible, a copy of the notice or letter to the address contained in the notice or letter.<br>• If you checked Box 1 or 2 in Section B of Form 14039 and are unable to file your tax return electronically because the SSN/ITIN of you, your spouse, or dependent was misused, attach this Form 14039 to the back of your paper tax return and submit to the IRS location where you normally file your tax return.<br>• All others should mail this form to:<br>    Department of the Treasury<br>    Internal Revenue Service<br>    Fresno, CA 93888-0025 | • Always include a cover sheet marked "Confidential".<br>• If you checked Box 2 in Section A of Form 14039 and are submitting this form in response to a notice or letter received from the IRS. If it provides a FAX number, you should send there.<br>• If no FAX number is shown on the notice or letter, follow the mailing instructions on the notice or letter.<br>• For all others, FAX this form toll-free to:<br>    855-807-5720 |

**Privacy Act and Paperwork Reduction Notice**

Our legal authority to request the information is 26 U.S.C. 6001. The primary purpose of the form is to provide a method of reporting identity theft issues to the IRS so that the IRS may document situations where individuals are or may be victims of identity theft. Additional purposes include the use in the determination of proper tax liability and to relieve taxpayer burden. The information may be disclosed only as provided by 26 U.S.C. 6103. Providing the information on this form is voluntary. However, if you do not provide the information it may be more difficult to assist you in resolving your identity theft issue. If you are a potential victim of identity theft and do not provide the required substantiation information, we may not be able to place a marker on your account to assist with future protection. If you are a victim of identity theft and do not provide the required information, it may be difficult for IRS to determine your correct tax liability. If you intentionally provide false information, you may be subject to criminal penalties. You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see the form for filing instructions. Notwithstanding any other provision of the law, no person is required to respond to, nor shall any person be subject to a penalty for failure to comply with, a collection of information subject to the requirements of the Paperwork Reduction Act, unless that collection of information displays a currently valid OMB Control Number.

Catalog Number 52525A  www.irs.gov  Form **14039** (Rev. 3-2022)

# EXHIBIT D

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

| | |
|---|---|
| Request Date: | 03-19-2013 |
| Response Date: | 03-19-2013 |
| Tracking Number: | 100156375338 |

**SSN Provided:** ▮▮▮▮▮▮▮
**Tax Period Ending:** Dec. 31, 2011

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:** ▮▮▮▮▮▮
**SPOUSE SSN:**
**NAME(S) SHOWN ON RETURN:** DRKEENAN COFIELD
**ADDRESS:**       2126 PITNEY RD
                  BALTIMORE, MD 21234-4924-261

| | |
|---|---|
| FILING STATUS: | Single |
| FORM NUMBER: | 1040EZ |
| CYCLE POSTED: | 20121305 |
| RECEIVED DATE: | Apr.15, 2012 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| IDENTITY THEFT PERSONAL ID NUMBER: | 000000 |
| PREPARER SSN: | |
| PREPARER EIN: | |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $29,000.00 |
| TAXABLE INTEREST INCOME: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |

## Adjustments to Income

| | |
|---|---|
| ADJUSTED GROSS INCOME: | $29,000.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $29,000.00 |
| DEPENDENT ON ANOTHER TP: | NO |
| FORM 1040EZ DEDUCTION AND EXEMPTION PER COMPUTER: | $0.00 |

## Tax and Credits

| | |
|---|---|
| TAXABLE INCOME: | $19,500.00 |
| TAXABLE INCOME PER COMPUTER: | $19,500.00 |

## Other Taxes

| | |
|---|---|
| TOTAL TAX LIABILITY TP FIGURES: | $2,504.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $3,500.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $0.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER: | $0.00 |
| TOTAL PAYMENTS: | $3,500.00 |
| TOTAL PAYMENTS PER COMPUTER: | $3,500.00 |

## Refund or Amount Owed

| | |
|---|---|
| REFUND AMOUNT: | $-996.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $-996.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $-996.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT E

**STATE OF OREGON EMPLOYMENT DEPARTMENT**
875 UNION ST NE
SALEM OR 97311-0800
PHONE: (503) 370-5400  FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD                          DATE:              07/13/21
4109 CUTTY SARK RD                      CUST ID:        40-006.475.015
BALTIMORE MD  21220                     FIELD OFFICE NUMBER: 081
                                        CLAIM EXPIRES:      48-21
                                                         (WEEK-YEAR)

You claimed unemployment benefits for the week of 04-26-20 through
05-02-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

No le podemos pagar la cantidad total de sus beneficios semanales en su reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:          07/13/21
CUST ID:      40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:      48-21
                   (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-03-20 through 05-09-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your intent was to claim this week, please call the office listed above to explain why you claimed this week.  Failure to reply within 5 days will result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested that your claim be redetermined or if there are military, federal, or out of state wages to be included in your claim, continue to report as scheduled.

No payment was made because an issue on your claim is still being resolved.  You will be contacted if more information is needed.  Continue to report as scheduled.

**STATE OF OREGON-EMPLOYMENT DEPARTMENT**
875 UNION ST NE
SALEM OR  97311-0800
PHONE: (503) 370-5400  FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD                          DATE:           07/13/21
4109 CUTTY SARK RD                      CUST ID:    40-006.475.015
BALTIMORE MD  21220                     FIELD OFFICE NUMBER: 081
                                        CLAIM EXPIRES:    48-21
                                                     (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-10-20 through
05-16-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

____
____

No le podemos pagar la cantidad total de sus beneficios semanales en su reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:          07/13/21
CUST ID:     40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:      48-21
                  (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-17-20 through 05-23-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your intent was to claim this week, please call the office listed above to explain why you claimed this week.  Failure to reply within 5 days will result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested that your claim be redetermined or if there are military, federal, or out of state wages to be included in your claim, continue to report as scheduled.

No payment was made because an issue on your claim is still being resolved.  You will be contacted if more information is needed.  Continue to report as scheduled.

**STATE OF OREGON EMPLOYMENT DEPARTMENT**
875 UNION ST NE
SALEM OR  97311-0800
PHONE: (503) 370-5400  FAX: 1-503-371-2893
TOLL-FREE PHONE: 1-833-410-1004

No le podemos pagar la cantidad total de sus beneficios semanales en su reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD  21220

DATE:          07/13/21
CUST ID:    40-006.475.015
FIELD OFFICE NUMBER: 081
CLAIM EXPIRES:     48-21
                  (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-24-20 through 05-30-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your intent was to claim this week, please call the office listed above to explain why you claimed this week.  Failure to reply within 5 days will result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested that your claim be redetermined or if there are military, federal, or out of state wages to be included in your claim, continue to report as scheduled.

No payment was made because an issue on your claim is still being resolved.  You will be contacted if more information is needed.  Continue to report as scheduled.

**STATE OF OREGON EMPLOYMENT DEPARTMENT**
**875 UNION ST NE**
**SALEM OR  97311-0800**
**PHONE: (503) 370-5400   FAX: 1-503-371-2893**
**TOLL-FREE PHONE: 1-833-410-1004**

No le podemos pagar la cantidad total de sus beneficios semanales en su
reclamo. El mensaje que sigue explica porque. Por favor, llame o escriba
al centro del seguro de desempleo indicado arriba si necesita ayuda.

KEENAN COFIELD                      DATE:          07/13/21
4109 CUTTY SARK RD                  CUST ID:       40-006.475.015
BALTIMORE MD  21220                 FIELD OFFICE NUMBER: 081
                                    CLAIM EXPIRES:      48-21
                                                   (WEEK-YEAR)

You claimed unemployment benefits for the week of 05-31-20 through
06-06-20.  We cannot pay benefits for this week:

This week is before the start of your unemployment insurance claim. If your
intent was to claim this week, please call the office listed above to
explain why you claimed this week.  Failure to reply within 5 days will
result in a denial of benefits for this week.

No payment was made because your claim is not valid.  If you have requested
that your claim be redetermined or if there are military, federal, or out
of state wages to be included in your claim, continue to report as
scheduled.

No payment was made because an issue on your claim is still being
resolved.  You will be contacted if more information is needed.  Continue
to report as scheduled.

# OREGON EMPLOYMENT DEPARTMENT
PO Box 14165
Salem, OR 97311
FAX: 503-371-2893

000051

KEENAN COFIELD
4109 CUTTY SARK RD
BALTIMORE MD 21220

| | |
|---|---|
| **Office Number:** | **081** |
| **Customer ID:** | |
| **BYE:** | **48-21** |
| **Effective Week:** | **December 6, 2020** |
| **Type of Notice:** | **Initial** |

## NOTICE OF DETERMINATION FOR PANDEMIC UNEMPLOYMENT ASSISTANCE (PUA)

> Please read below as to whether you are or are not approved for PUA benefits.

You are NOT ENTITLED to PUA benefits. Please see below.

**You are not entitled to PUA because:**

You are not entitled to PUA benefits because you have not worked in Oregon and received wages in the last 18 months nor did you have a job offer that has fallen through due to COVID..

HERIP01
Authorized Representative

July 13, 2021
Date Issued

## See the Back of this form for ADDITIONAL INSTRUCTIONS and/or APPEAL INFORMATION

482021          876          40006475015          UI PUB 82P (04/2021)

2022 JUL 29 PM 2:52
RECEIVED RECEPTION
U.S. ATT[illegible]Y'S OFFICE
BALTIM[illegible] MARYLAND